**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6846**

UNITED STATES OF AMERICA,

            Plaintiff – Appellee,

      v.

HOWARD HARDY,

            Defendant – Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.    Leonie M. Brinkema, District Judge. (1:95-cr-00156-LMB-2)

Submitted: September 10, 2009     Decided: September 15, 2009

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Howard Hardy, Appellant Pro Se. Lawrence Joseph Leiser, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howard Hardy appeals the district court's order denying his self-styled 18 U.S.C. § 3582(c) (2006) motion for sentence modification. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Hardy, No. 1:95-cr-00156-LMB-2 (E.D. Va. filed Apr. 22, 2009; entered Apr. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED